IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ROXANNE ODIERNO ) **Debtor(s)** ) ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) dba CHRYSLER CAPITAL AS SERVICER ) FOR CCAP AUTO LEASE LTD. ) **Moving Party** ) | CASE NO. 18-11173-REF 11 U.S.C. 362 |
| v. ) ) | HEARING DATE: **4-18-19 at 9:30 AM** |
| ROXANNE ODIERNO ) **Respondent(s)** ) ) | |
| SCOTT WATERMAN ) **Trustee** ) | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2016 Dodge Ram 1500** bearing vehicle identification number 1C6RR7GT2GS298837 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:

**Date: April 22, 2019**

_____
UNITED STATES BANKRUPTCY JUDGE