**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **ROXANNE ODIERNO,** | : | CHAPTER 13 |
| | : | |
| Debtor | : | BKRTCY. NO. 18-11173 AMC |

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Dismiss Case Voluntarily,

**IT IS ORDERED** that the within case be and hereby is **DISMISSED** without prejudice.

BY THE COURT:

**Date: June 3, 2019**

_____
**ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**